08-21-00212-CR

# DELIA BRIONES

## COUNTY CLERK

500 E. San Antonio Suite 105
El Paso, Texas 79901
(915) 546-2071
Fax (915) 546-2012

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
1/18/2022 3:34:00 PM
ELIZABETH G. FLORES
Clerk

January 18, 2022

To whom it may concern,

The County Clerk's Office is respectfully requesting an extension in order to prepare the appeal for case number 20200C07849 Miguel Moreno, Court of Appeals Number 08-21-00212-CR. We would like to request a week extension from today's date in order to carefully prepare the appeal.

Sincerely,

/s/ Cindy Ortiz
Cindy Ortiz
Administrative Specialist Senior – Criminal Division